*United States v. Lee,* 427 F.3d 881 (11th Cir.2005) (holding that district court's *Booker* error was harmless beyond a reasonable doubt because district court explicitly stated that it would impose the same sentence even if Guidelines were advisory, and expressly considered the § 3553(a) factors in composing its alternative, non-Guideline sentence); *United States v. Phillips,* 413 F.3d 1288 (11th Cir.2005) (holding that any statutory *Booker* error was harmless because district court announced identical alternate sentences); *United States v. Petho,* 409 F.3d 1277 (11th Cir.2005) (holding that district court's *Booker* error was harmless beyond a reasonable doubt because district court announced an identical alternate sentence). Under our precedent, we look for an indication by the district court that the same sentence would be imposed under advisory guidelines. Here, the record is devoid of any such statements. Therefore, we conclude that the government cannot meet its burden. Accordingly, we **VACATE AND REMAND** for resentencing.

Gerald B. Williams, Weaver Law Office, Albany, GA, for Defendant–Appellant.

Before TJOFLAT, CARNES and HILL, Circuit Judges.

PER CURIAM:

Gerald B. Williams, appointed counsel for Onterrio Jackson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jackson's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Onterrio JACKSON, Defendant–**
**Appellant.**

No. 05–14545

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 27, 2006.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elkin Hernan Duarte MUNOZ,**
**Defendant–Appellant.**

No. 05–16054

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 27, 2006.

Mark J. O'Brien, The O'Brien Law Firm, P.A., Tampa, FL, for Defendant–Appellant.